**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 518 EAL 2017
:
         Respondent :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
         v. :
:
:
CALVIN BROWN, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2018, the Petition for Allowance of Appeal is
**DENIED**.